IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JOHN M. WASSON,                                    2:15-CV-01279-SU

        Plaintiff,                           ORDER

v.

UNITED STATES, ROBERT VARNER,
BRETT THOMAS, CHRIS HELBERG,
JOHN MA YTE, DeWAYNE ROSS, and
KATHLEEN M. ANDERS,

        Defendants.


**BROWN, Judge.**

On July 14, 2015, Magistrate Judge Patricia Sullivan issued an Order (#4) denying Plaintiff's Application (#1) to Proceed *In Forma Pauperis*. On August 10, 2015, Plaintiff filed an Appeal (#5) of Magistrate Judge Decision, which the Court construes as Objections to the Order denying Plaintiff's Application. The matter is now before this Court pursuant to Federal Rule of Civil Procedure 72(a).

1 - ORDER

In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision." The standard of review for an order with objections is "clearly erroneous" or "contrary to law." *See also* 28 U.S.C. § 636(b)(1)(A)(applying the "clearly erroneous or contrary to law" standard of review for nondispositive motions). If a ruling on a motion is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to the *de novo* review that is required for proposed findings and recommendations that address dispositive motions. *See* 28 U.S.C. § 636(b)(1)(B).

The Magistrate Judge denied Plaintiff's Application to Proceed *In Forma Pauperis* on the ground that Plaintiff did not establish he was unable to pay the filing fee in this matter without undue hardship because Plaintiff noted in his Application that he received $916 per month in income and had $375 in monthly expenses. In his Objections, however, Plaintiff supplemented his Application and established he has $916 in monthly income and $539 in monthly expenses. Based on this supplemental information, the Court finds Plaintiff cannot pay the $400 filing fee in this matter without undue hardship.

Accordingly, the Court reverses the Order denying

Plaintiff's Application and grants Plaintiff's Application to Proceed *In Forma Pauperis.*

**CONCLUSION**

The Court **REVERSES** Magistrate Judge Sullivan's Order (#4) denying Plaintiff's Application (#1) to Proceed *In Forma Pauperis* and **GRANTS** Plaintiff's Application to Proceed *In Forma Pauperis*.

IT IS SO ORDERED.

DATED this 14th day of October, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge