IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN M. WASSON,

        Plaintiff,

v.

UNITED STATES; and both
individually and in their
official capacity, ROBERT VARNER,
BRETT THOMAS, IAN REID, CHRIS
HELBERG, JOHN MAYTE, DEWAYNE
ROSS, KEVIN JOHNSON, and
KATHLEEN SANDERS,

        Defendants.

2:15-cv-01279-SU

ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#60) on April 20, 2017, in which she recommends the Court grant Motion (#58) to Dismiss of Defendant Christine Helberg and dismiss Plaintiff's Fifth Amendment Claim against Helberg with prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#60). Accordingly, the Court **GRANTS** Helberg's Motion (#58) to Dismiss and **DISMISSES with prejudice** Plaintiff's Fifth Amendment Claim against Helberg.

IT IS SO ORDERED.

DATED this 10th day of May, 2017.

_____
ANNA J. BROWN
United States District Judge